**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

June 27, 2022

<u>VIA ECF</u>
Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

                RE:    *United States v. Jerson Pena Fernandez*
                      <u>1:22-CR-00283-NRB</u>

Honorable Liman;

    I, Dawn M. Florio, attorney at law, represent Jerson Pena Fernandez on the above case matter that was dated for July 5, 2022 @ 11:45am.

    I am currently on Murder trial with People v. Dushon Foster in front of Hon. McCarty in the Bronx, so I am not able to appear. I am requesting this case be adjourned for at least thirty (30) days for another in person appearance before your Honor. I have spoken to AUSA Kaylan Lasky and she has consented to this adjournment. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

                                      Sincerely,

                                      Dawn M. Florio

                                      Dawn M. Florio, Esq.
                                      *Attorney for Jerson Pena Fernandez*

CC:    All Counsel

```
Application granted. The
conference is adjourned
until August 23, 2022 at
12:00 p.m. SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
       June 27, 2022