**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
*DawnMFlorio@yahoo.com*

September 30, 2022

VIA ECF
Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

RE: *United States v. Jerson Pena Fernandez*
1:22-CR-00283-NRB

> ENDORSEMENT
>
> The conference is adjourned until November 17, 2022 at noon. Speedy trial time excluded. 18 U.S.C. §3161(h)(7)(A). So Ordered.
>
> Naomi Reice Buchwald, USDJ
> October 3, 2022

Honorable Liman;

    I, Dawn M. Florio, attorney at law, represent Jerson Pena Fernandez on the above case matter that was dated for October 13, 2022 @ 12pm.

    I am currently on 2017 Murder Trial in the Bronx with People v. Mike Barreto in front of Hon. Michaels, so I am not able to appear. I am requesting this case be adjourned for at least 30 days for another in person appearance before your Honor. I have spoken to AUSA Kaylan Lasky and she has consented to this adjournment. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Jerson Pena Fernandez*

CC: All Counsel