**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

December 15, 2022

*VIA ECF*
Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

      RE: *United States v. Jerson Pena Fernandez*
         1:22-CR-00283-NRB

Honorable ~~Liman~~ Buchwald;

  I, Dawn M. Florio, attorney at law, represent Jerson Pena Fernandez on the above case matter that is dated for December 22, 2022 @ ~~11am~~ *at 12:30 NRB* for a status conference.

  I am requesting this case be adjourned till January 5, 2023, for another in person appearance before your Honor to continue discussion with the Government for possible disposition. I have spoken to AUSA Kaylan Lasky and she has consented to this adjournment. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

  Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

         Sincerely,

         Dawn M. Florio

         Dawn M. Florio, Esq.
         *Attorney for Jerson Pena Fernandez*

CC: All Counsel

*[Handwritten margin note: Speedy trial time excluded 18 U.S.C. 3161(h)(7)(A) until January 5, 2023]*

*[Handwritten: So Ordered, Naomi Reice Buchwald, USDJ 12/15/22]*